```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Kenneth Steven Cesaro,              :
Administrator of the Estate of
Kenneth Cesaro, and the             :
Personal Representative of the
Wrongful Death Beneficiaries,       :

     Plaintiff,                   :

  v.                                :   Case No. 2:05-cv-0428

Wheeling-Pittsburgh Steel Corp.,:   JUDGE MARBLEY

     Defendant.                   :

<u>ORDER</u>

    David P. Wilson and Thomas H. McGowan have moved for admission pro hac vice to appear on behalf of plaintiff.  The Court grants the motions (#13, #14).  However, the attorney who has been admitted shall, if he or she has not done so already, promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, <u>www.ohsd.uscourts.gov.</u>  Specifically, that manual provides that "all documents submitted for filing in this district ... in civil cases ... shall be filed electronically using the Electronic Filing System ..." unless manual filing is permitted by the manual or unless electronic filing has been excused by the assigned judge.  Consequently, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events.  The Court may elect to send notices only to local counsel if local counsel, but not pro hac vice counsel, is authorized to receive electronic notices.

                                        /s/ Terence P. Kemp
                                      United States Magistrate Judge